IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silverton Bank, N.A., | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:12-CV-0353-JFK |
| ROBERT A. PARKS, | |
| Defendant. | |

## **ORDER AND MAGISTRATE JUDGE'S SCHEDULING ORDER**

The docket sheet in this case indicates that the answer was filed and issue joined on March 6, 2012. In accordance with Fed. R. Civ. P. 26(a)(1) and LR 26.1, N.D. Ga., the parties' Initial Disclosures ("ID") were due within thirty (30) days of the appearance of a defendant by answer or motion. The above deadline has expired, and the docket reflects that Defendant Robert A. Parks has not filed the required ID. **IT IS THEREFORE ORDERED** and **ADJUDGED** that **Defendant Parks** shall file the required ID within **fourteen (14) days** of the date of this order.

The Clerk is **DIRECTED** to submit this action to the undersigned in **fifteen (15) days** if Defendant fails to comply.

AO 72A
(Rev.8/82)

Upon review of the information contained in the joint Preliminary Report and Discovery Schedule form completed and filed by the parties [Doc. 10], the Magistrate Judge **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery (the discovery deadline in this case is **August 3, 2012**), and discussing settlement are as stated in the above completed form, and this case having been initiated by complaint filed on **February 2, 2012**, will be set for trial after all dispositive motions have been ruled on.[1]

Requirements for Summary Judgment Motion/Proposed Consolidated Pretrial Order:

1. Any motions for summary judgment must be filed by **September 12, 2012**, and if no motions for summary judgment are filed, the Proposed Consolidated Pretrial Order will be due on **September 24, 2012.**

2. Whenever a motion for summary judgment is filed, the non-moving party shall file a response to the moving party's "Statement of Undisputed Material Facts." In the response, the non-moving party shall respond to each numbered fact by number, admitting or denying the fact, and providing citations to the record to support any

---

[1] The Magistrate Judge's Guidelines for Discovery and Motion Practice is hereby incorporated by reference.

denial.  The Court will deem as admitted those facts in the moving party's statement that the non-moving party does not controvert with citations to the record in its response to that statement.  L.R. 56.1(B)(2) N.D. Ga.

3. All depositions that are referred to by either party in support of, or in opposition to, a motion for summary judgment shall be filed with the court.  The parties shall attach to their memoranda of law in support of, or in opposition to, a motion for summary judgment, copies of all deposition pages referred to in the memoranda.

4. Absent **prior** written permission by the court, no party may file a brief in support of a motion or a response to a motion exceeding (25) double-spaced pages in length, and no party may file a reply brief exceeding (15) double-spaced pages.  A motion requesting an increase in the page length for a brief must be filed, and a copy delivered to chambers, prior to the due date for the brief.  The text of a brief, including footnotes, may not be printed in a format producing more than 10 characters per inch.  L.R. 7.1(D) N.D. Ga.

5. If a motion for summary judgment is filed, the Consolidated Pretrial Order will be due thirty days after the District Court's final ruling on the motion for summary judgment, if there are matters left to be tried.

3

**IT IS ORDERED** that the parties are directed to adhere to the above deadlines. Any motions requesting extensions of time must be made prior to the existing deadline and will be granted **only** in exceptional cases where the circumstances on which the request is based did not exist or the attorney(s) could not have anticipated that such circumstances would arise at the time the Preliminary Report was filed. Failure to comply with this order, may result in the imposition of sanctions, including the dismissal of this action.

The Clerk is directed to submit this action by **September 29, 2012**, if the parties have not filed a Motion for Summary Judgment or Proposed Consolidated Pretrial Order.

**IT IS SO ORDERED**, this 11th day of April, 2012.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE